644

374 A.2d 729

Sorenson, et al., Appellants, v. Lebeduik.

Sorenson, Appellant, v. Lebeduik.

Argued March 23, 1977.

Norman Seidel, with him Seidel and Cohen, for appellants; William G. Ross, with him Sigmon, Littner & Ross, for appellee.

Judgments affirmed.

374 A.2d 729

Spennato v. School District of Philadelphia, Appellant, et al.

Argued March 24, 1977.   Robert T. Lear, Assistant Counsel, for appellant;  Stanley M. Schwarz, for appellee.

Judgment affirmed.